IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KARLTON H. KEMP, as Personal　　　　　　　　　　　　　　　　　　　　　PLAINTIFFS
Representative of the Estate of Jason
Kelley, on behalf of the Estate of Jason
Kelley, on behalf of JAN KELLEY,
JORDAN KELLEY, KAYLA KELLEY,
MATTHEW HENDRICKS, JACK
KELLEY, JOEL KELLEY, and JENNIFER
MCKINNEY

VS.　　　　　　　　　　　　CASE NO. 05-CV-4039

THE DUPPS COMPANY and
RAINS-FLO MANUFACTURING
COMPANY　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

Before the Court is Defendant The Dupps Company's Motion for Summary Judgment. (Doc. 39). Plaintiffs have responded. (Doc. 49). Defendant has replied to Plaintiffs' response. (Doc. 52). The Court held a motions hearing on August 22, 2006 and heard arguments from counsel. Following the hearing, Plaintiffs received leave to amend their Complaint, whereupon Plaintiffs brought Defendant Rains-Flo Manufacturing Company into the lawsuit. (Doc. 77). The Court issued a new Final Scheduling Order, (Doc. 80) setting trial for March 19, 2007. According to the Final Scheduling Order, all parties, including The Dupps Company, will have the opportunity to move for summary judgment, if desired, no later than 60 days before the new trial setting. Accordingly, the Court finds that The Dupps Company's Motion for Summary Judgment should be and hereby is **DENIED** at this time, without prejudice to refiling.

**IT IS SO ORDERED**, this 12th day of December, 2006.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge

-2-