IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KARLTON H. KEMP, as Personal　　　　　　　　　　　　　　　　　　　　　　PLAINTIFFS
Representative of the Estate of
Jason Kelley, on behalf of the Estate
of Jason Kelley, on behalf of
JAN KELLEY, JORDAN KELLEY,
KAYLA KELLEY, MATTHEW
HENDRICKS, JACK KELLEY,
JOEL KELLEY, and JENNIFER
MCKINNEY

VS.　　　　　　　　　　　　CASE NO. 05-CV-4039

THE DUPPS COMPANY and
RAINS-FLO MANUFACTURING CO.　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

Before the Court is Parties' Joint Motion to Dismiss. (Doc. 92). The parties jointly seek to have this matter dismissed, informing the Court that a settlement agreement has been reached.

Upon consideration, the Court is satisfied that good cause for the motion has been shown, and that the Motion for Dismissal With Prejudice should be and hereby is **GRANTED**. All claims are hereby **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction of this case to the extent necessary to enforce the terms of the settlement entered into between the parties. All costs and fees incurred by the parties will be born by the party that incurred them.

**IT IS SO ORDERED**, this 21st day of December, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　/s/Harry F. Barnes
　　　　　　　　　　　　　　　　　　　　　　　Hon. Harry F. Barnes
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge